IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-00681-GCM

REGINA BOSTON,

    Plaintiff,

vs.

DIVERSE FUNDING
ASSOCIATES, LLC,

    Defendant.

## MOTION TO DISMISS AMENDED COMPLAINT

**NOW COMES** the defendant, Diverse Funding Associates, LLC, by and through its undersigned counsel of record and moves to dismiss the Amended Complaint filed herein pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of its Motion, defendant shows unto the Court as follows:

As set forth more particularly in the Memorandum filed herewith, Plaintiff's Amended Complaint fails to meet the minimal pleading requirements set forth in Rule 8 of the Federal Rules of Civil Procedure and therefore does not state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**WHEREFORE**, defendant respectfully requests the Amended Complaint be dismissed with prejudice and for such other a further relief as this court deems necessary and appropriate.

This the 8th day of February, 2013.

                              /s/ Caren D. Enloe
                              Caren D. Enloe, Esq.
                              Of Morris, Manning & Martin, LLP
                              NC State Bar No. 17394
                              P.O. Box 12768
                              Research Triangle Park, NC 27709

(919) 806-2969
cenloe@mmmlaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she served the foregoing document on the following via first class mail, postage prepaid as follows:

Regina Boston
1220 Ballina Way
Charlotte NC 28214

This the 8th day of February, 2013.

/s/ Caren D. Enloe
Caren D. Enloe