UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 3:12-cv-681-GCM
Charlotte Division

Regina Boston                    )
                                 )
        Plaintiff(s),            )
                                 )
v.                               )
                                 )
Diverse Funding Associates, LLC  )
                                 )
                                 )
        Defendant(s).            )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Only one form need be completed for each nongovernmental party even if the party is represented by more than one attorney. Disclosures must be filed on behalf of individual nongovernmental parties as well as nongovernmental corporate parties. Counsel have a continuing duty to update this information. An executed form should be electronically filed, plaintiff or moving party must serve this on the defendant(s) or respondent(s) when initial service is made.

Diverse Funding Associates, LLC  who is  the Defendant
(Name of Party)                          (Plaintiff / moving party or defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
   Yes            (No)

2. Does party have any parent corporations?
   Yes            (No)

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
   Yes            (No)

   If yes, identify all such owners:

NCWD-Corporate Disclosure – May 2012

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   Yes  (No)

   If yes, identify entity and nature of interest:

|  |  |
|---|---|
| s/  Caren D. Enloe  <br>Signature  <br>Caren D. Enloe, Esq.  <br>Of Morris, Manning & Martin, LLP  <br>NC State Bar No. 17349  <br>P.O. Box 12768  <br>Research Triangle Park, NC 27709  <br>(919) 806-2969  <br>cenloe@mmlaw.com  <br>Attorneys for Defendant | February 8, 2013  <br>Date |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she served the foregoing document on the following via first class mail, postage prepaid as follows:

Regina Boston
1220 Ballina Way
Charlotte NC 28214

This the 8th day of February, 2013.

/s/ Caren D. Enloe
Caren D. Enloe