UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT COURT OF NORTH CAROLINA

FILED
CHARLOTTE, NC

MAY 2 4 2013

US District Court
Western District of NC

REGINA BOSTON,
    PLAINTIFF,

Case No. 3:12cv681-GCM

-v-

DIVERSE FUNDING ASSOCIATES LLC,
    ('DIVERSE FUNDING')

    DEFENDANT.

## NOTICE OF APPEAL

By this Notice, the undersigned hereby gives Notice of Appeal in an **ORDER** dated April 26, 2013.

Respectfully submitted,

_Regina Boston_
Regina Boston

# CERTIFICATE OF SERVICE

This is to certify that the foregoing _Notice of Appeal_ has been duly by placing a copy of same in the United States Mail, postage prepaid, and properly addressed as follows:

Caren D. Enloe
c/o Morris Manning & Martin LLP
P.O. Box 12768
Research Triangle Park, NC 27709

This 26th day of May, 2013

_Regina Booth_
Signature